**FOURTH DIVISION**
**DOYLE, P. J.,**
**MCFADDEN and BOGGS, JJ.**

NOTICE: Motions for reconsideration must be *physically received* in our clerk's office within ten days of the date of decision to be deemed timely filed. (Court of Appeals Rule 4 (b) and Rule 37 (b), February 21, 2008)
http://www.gaappeals.us/rules/

**February 14, 2013**

# In the Court of Appeals of Georgia

A13A0522. TAYLOR v. THE STATE.                    DO-020 C

DOYLE, Presiding Judge.

Harry Brett Taylor filed a direct appeal from the trial court's denial of his pre-trial plea in bar based upon an alleged violation of his constitutional right to a speedy trial. The Supreme Court of Georgia has ruled, however, that such a claim is not directly appealable and that a defendant must follow the interlocutory appeal procedures of OCGA § 5-6-34 (b).[1] Taylor's appeal is therefore dismissed.[2]

*Appeal dismissed. McFadden and Boggs, JJ., concur.*

---

[1] See *Sosniak v. State*, 292 Ga. 35 (2) (734 SE2d 362) (2012); *Stevens v. State*, 292 Ga. 218 (734 SE2d 743) (2012).

[2] See id. See also *Morris v. State*, __ Ga. App. __ (734 SE2d 926) (2012).